### PENALTIES ON UNPAID ASSESSMENTS.

Circuit Court of Lucas County.

STATE, EX REL ACKLIN, V. CHARLES SANZENBACHER, AUDITOR, ET AL.

Decided, February 11, 1910.

*Assessments Against Land—Penalty Can Not be Attached for Delinquent Payment—Section 2608.*

There is no statutory provision for imposing a penalty upon unpaid assessments against real property for public improvements, and mandamus will lie to compel a county treasurer to accept such assessments without the penalty added.

KINKADE, J.; PARKER, J., and WILDMAN, J., concur.

This is an action in mandamus brought in this court to require the county treasurer to accept the assessments that are due without collecting the penalty on the assessment. There is no occasion to review all the statutes that were mentioned by counsel here in argument. We have gone over the situation very thoroughly, and we are satisfied there is no authority in the statutes of Ohio for affixing the fifteen per cent. on the assess-

ments the same as it is fixed upon taxes. The statute, General Code, 2608 (Revised Statutes, 1053), provides that such penalty must be placed upon deliquent taxes; must be audited, I should say, on delinquent taxes. We find no statute so directing as to assessments, and for that reason we think the placing of it there is not warranted, and the relief prayed for here must be granted. We do not find any authority, I should have said, for the placing of any penalties on assessments such as are placed for taxes.